SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVJIT KAUR SIDHU and HARJIT SINGH SIDHU, <br><br> Plaintiffs, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; ALBERTO R. GONZALES, as Attorney General of the United States <br><br> Defendants. | No. C 07-1771 JCS <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiffs by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiffs filed this action on or about March 28, 2007, and Defendants' Answer was currently due on June 4, 2007.

    2. Pursuant to this Court's March 28, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on June 29, 2007, and attend a case management conference on July 6, 2007.

    3. In order to allow sufficient time for the parties to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

Stip to Ext Time
C07-1771 JCS                        1

ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendants' Answer: | July 6, 2007 |
| Last day to file Joint ADR Certification: | July 13, 2007 |
| Last day to file/serve Joint Case Management Statement: | July 27, 2007 |
| Case Management Conference: | August 3, 2007 at 1:30 p.m. |

Dated: June 6, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/S/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: June 6, 2007

/S/
ROBERT B. JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 8, 2007

JOSEPH C. SPERO
United States Magistrate Judge

Stip to Ext Time
C07-1771 JCS

2