| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NAVJIT KAUR SIDHU,<br>HARJIT SINGH SIDHU, | ) | No. C 07-1771 JCS |
| Plaintiffs, | ) ) | **STIPULATION TO DISMISS AND** |
| v. | ) ) | **[PROPOSED] ORDER** |
| U.S. CITIZENSHIP AND IMMIGRATION<br>SERVICES; EDUARDO AGUIRRE, Director,<br>U.S. Citizenship and Immigration Services;<br>GERARD HEINAUER, Director, USCIS<br>Nebraska Service Center; EVELYN UPCHURCH,<br>Director, USCIS Texas Service Center; DAVID<br>N. STILL, District Director, USCIS San<br>Francisco District Office; MICHAEL<br>CHERTOFF, Secretary, Department of Homeland<br>Security; ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigations; ALBERTO<br>GONZALES, U.S. Attorney General, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has agreed to resolve Ms. Sidhu's asylum status and adjudicate Plaintiffs'

Stip. to Dismiss
C07-1771 JCS                                    1

adjustment of status applications within 60 days from the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: July 10, 2007                              Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney


                                                  _____/s/_____
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorney for Defendants


Dated: July 11, 2007                              _____/s/_____
                                                  ROBERT B. JOBE
                                                  Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 23, 2007
                                                  _____
                                                  JOSEPH C. SPERO
                                                  United States Magistrate Judge

Stip. to Dismiss
C07-1771 JCS                              2